AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,         JUDGMENT

V.

          CASE NUMBER: **3:05-cr-00141-HDM-RAM**
                            **3:07-cv-00445-HDM-RAM**

EDUARDO AUGUSTINE CASTILLO-LOPEZ

      Defendant.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Vacate under U.S.C. 2255 (Document #153, in Case Number 3:05-cr-00141-HDM-RAM) is **DENIED.**


  April 18, 2008                                                    **LANCE S. WILSON**
                                                                                Clerk


                                                                                 /s/ Katie Lynn Ogden
                                                                                  Deputy Clerk